RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Seferino Sagrero

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SEFERINO SAGRERO,<br><br>             Defendant. | Case No. 2:13-cr-00181-JCM-CWH<br><br>**STIPULATION TO CONTINUE<br>REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Seferino Sagrero, that the Revocation Hearing currently scheduled on January 18, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The parties need more time to prepare for the hearing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of January, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

_/s/ Keisha K. Matthews_
By_____

_/s/ Jim W. Fang_
By_____

KEISHA K. MATTHEWS
Assistant Federal Public Defender

JIM W. FANG
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

SEFERINO SAGRERO,

          Defendant.

Case No. 2:13-cr-00181-JCM-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 18, 2023 at 11:00 a.m., be vacated and continued to **February 22, 2023, at 10:00 a.m.**

    DATED January 17, 2023.

_____
UNITED STATES DISTRICT JUDGE

3